In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-347 CV


NO. 09-03-348 CV


NO. 09-03-354 CV


NO. 09-03-355 CV


____________________



J.W. GRAVES AND REBA A. EICHELBERGER, Appellants



V.



F.M. GRAVES, INDIVIDUALLY AND AS EXECUTOR OF


THE ESTATE OF RENA N. GRAVES AND AS TRUSTEE OF


THE RENA N. GRAVES TRUSTS, Appellee






On Appeal from the County Court at Law


Liberty County, Texas


Trial Cause Nos. 2602, 6990, 2602-A, and 6990-A






MEMORANDUM OPINION


 The appeals, abated by order of this Court on August 28, 2003, are hereby reinstated. 
 The appellants, J.W. Graves and Reba A. Eichelberger, filed a motion to dismiss four
related appeals. The Court finds that this motion is voluntarily made by the appellants prior
to any decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other
party filed a notice of appeal. The motion to dismiss is granted and the appeals are therefore
dismissed.

 APPEALS DISMISSED. 


 ___________________________

 HOLLIS HORTON 

 Justice


Opinion Delivered February 16, 2006

Before Gaultney, Kreger, and Horton, JJ.